ANDREW R. RUNNING (*Pro hac vice*)
SAMUEL L. BLATNICK (*Pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
E-Mail: arunning@kirkland.com
        sblatnick@kirkland.com

BARRY L. GOLDNER, SBN 107126
JEFFREY W. NOE, SBN 167387
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: bgoldner@kleinlaw.com
        jnoe@kleinlaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOUSTON CASUALTY COMPANY, <br><br> Defendants. | Case No. 1:10-CV-01413-LJO-SKO <br><br> **ORDER ON JOINT STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** <br><br> Hon. Lawrence J. O'Neill |

Based on the "Joint Stipulation of Settlement and Dismissal with Prejudice" (the "Stipulation") previously filed on September 9, 2010, this action is hereby dismissed with prejudice in accordance with the terms and conditions set forth in the Stipulation.

Each party bears its own fees and costs in connection with the dismissal, and the Court retains jurisdiction over any and all disputes relating to the performance of this Stipulation.

IT IS SO ORDERED. The clerk is directed to administratively close this action.

Dated:__September 17, 2010_          _/s/ Lawrence J. O'Neill_____
                                     Hon. Lawrence J. O'Neill
                                     United States District Court Judge

Respectfully submitted,

Dated: September 15, 2010

By /s/
Barry L. Goldner, SBN 107126
Jeffrey W. Noe, SBN 167387
KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:bgoldner@kleinlaw.com
jnoe@kleinlaw.com

*Counsel for Plaintiff,
Wm. Bolthouse Farms, Inc.*

By /s/
Terrence R. McInnis, SBN 155416
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Telephone: (949) 622-2700
Facsimile: (949) 769-2060
Email: terrence.mcinnis@troutmansanders.com

*Counsel for Defendant,
Houston Casualty Company*